**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES PACE                                                                        PETITIONER


V.                                     NO: 5:17CV00072 BSM/PSH


WENDY KELLEY,
Director, Arkansas Department of Correction                      RESPONDENT

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Petitioner Charles Pace ("Pace"), an inmate in the custody of the Arkansas Department of Correction ("ADC"), filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on March 20, 2017.  Pace did not pay the $5.00 filing fee, and he did not submit application for leave to proceed *in forma pauperis*.  Accordingly, on March 22, 2017, the Court entered an order directing Pace to submit either the $5.00 filing fee or a properly completed *in forma pauperis* application within 30 days.  Doc. No. 2.  That same order warned Pace that his failure to comply would result in the recommended dismissal of his complaint.

1

More than 30 days have passed, and Pace has not paid the filing fee, filed a complete application for leave to proceed *in forma pauperis*, or otherwise responded to the Court's order. Under these circumstances, the Court concludes that Pace's petition should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

Therefore, we recommend that Pace's petition for writ of habeas corpus be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, we recommend the certificate of appealability be denied.

DATED this 5th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE