# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**CHARLES PACE**                                                                                       **PETITIONER**
**ADC #119205**

v.                    CASE NO. 5:17-CV-00072 BSM

**WENDY KELLEY,**
Director, Arkansas Department of Correction                    **RESPONDENT**

## ORDER

The proposed findings and recommendations [Doc. No. 3] submitted by United States Magistrate Judge Patricia S. Harris have been received. Petitioner Charles Pace has not submitted objections. After careful review, the proposed findings and recommendations are adopted in their entirety, and Pace's petition for *habeas corpus* is dismissed without prejudice. Because Pace has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 18th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE